Matter of Ranier (2025 NY Slip Op 07367)

Matter of Ranier

2025 NY Slip Op 07367

Decided on December 31, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 31, 2025

PM-296-25
[*1]In the Matter of Rosemary Motsay Ranier, an Attorney. (Attorney Registration No. 1856020.)

Calendar Date:December 29, 2025

Before:Garry, P.J., Clark, Reynolds Fitzgerald, McShan and Powers, JJ.

Rosemary Motsay Ranier, Timonium, Maryland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Rosemary Motsay Ranier was admitted to practice by this Court in 1983 and lists a business address in Timonium, Maryland with the Office of Court Administration. Ranier now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Ranier's application.
Upon reading Ranier's affidavit sworn to November 8, 2025 and filed November 17, 2025, and upon reading the December 23, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Ranier is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Clark, Reynolds Fitzgerald, McShan and Powers, JJ., concur.
ORDERED that Rosemary Motsay Ranier's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Rosemary Motsay Ranier's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Rosemary Motsay Ranier is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Ranier is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Rosemary Motsay Ranier shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.